# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-36124-DRC |
| | § | |
| TEANISHA NOLAN-DODSON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 08/27/2013, in Courtroom 619, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/05/2013            By:  /s/ David P. Leibowitz
                                              (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-36124-DRC |
| | § | |
| TEANISHA NOLAN-DODSON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $7,719.00
*and approved disbursements of* $2,336.44
*leaving a balance on hand of[1]:* $5,382.56

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $5,382.56

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,289.91 | $0.00 | $1,289.91 |
| David P. Leibowitz, Trustee Expenses | $2.70 | $0.00 | $2.70 |

Total to be paid for chapter 7 administrative expenses: $1,292.61
Remaining balance: $4,089.95

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $4,089.95

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.
**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $4,089.95 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,536.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 90.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for Midland Funding LLC | $491.35 | $0.00 | $442.95 |
| 2 | American InfoSource LP as agent for Midland Funding LLC | $413.98 | $0.00 | $373.20 |
| 3 | American InfoSource LP as agent for Midland Funding LLC | $1,486.65 | $0.00 | $1,340.21 |
| 4 | Velocity Investments LLC/ Chase Bank USA, N.A. | $2,144.87 | $0.00 | $1,933.59 |

|  | Total to be paid to timely general unsecured claims: | $4,089.95 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-36124-DRC
Teanisha Nolan-Dodson                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mrahmoun          Page 1 of 2           Date Rcvd: Aug 06, 2013
                              Form ID: pdf006         Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2013.
```
db          +Teanisha Nolan-Dodson,    3214 Lydia Ave,    Robbins, IL 60472-2235
19431141    +Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
19431142    +Chase/Bank One,    PO Box 15298,    Wilmington, DE 19850-5298
19431128    +Citizen Auto Finance,    480 Jefferson Blvd,    Warwick, RI 02886-1359
19431138    +Contact Callers Inc,    PO Box 212609,    1058 Claussen Rd-Ste 110,    Augusta, GA 30907-0301
19431126    +Cook Law Magistrate,    50 W Washingtons,    Richard J Daley CE,    Chicago, IL 60602-1305
19431139    +Creditors Discount & Avd,    PO Box 213,    Streator, IL 61364-0213
19431137    +HSBC Kmart,    PO Box 6250,    Madison, WI 53716-0250
19431134    +Home Depo/Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
19431130    +MRCI,    2250 E Devon Ste 352,    Des Plaines, IL 60018-4521
19431136    +Portofilo Recovery Assoc,    120 Corporate Blvd,    Ste 100,    Norfolk, VA 23502-4962
19431131    +Sears ICBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
19431127    +State Collections VC,    PO Box 6250,    Madison, WI 53716-0250
19431140    +TNB-Visa,    POB 673,    Minneapolis, MN 55440-0673
19431135    +Target National Bank,    PO Box 673,    Minneapolis, MN 55440-0673
20586777    +Velocity Investments LLC,    JD Receivables LLC,    P.O. Box 382656,    Germantown, TN 38183-2656
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19431133    +E-mail/Text: ally@ebn.phinsolutions.com Aug 07 2013 02:22:12     Ally Financial,    PO Box 380901,
              Bloomington, MN 55438-0901
20408440     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 07 2013 02:29:21
              American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
              Oklahoma City, OK 73126-8941
19431143    +E-mail/Text: bknotice@erccollections.com Aug 07 2013 02:52:29     Enhanced Recovery,
              8014 Bayberry Rd,    Jacksonville, FL 32256-7412
19431132    +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2013 02:32:32     GECRB/JC Penney,    PO Box 965001,
              Orlando, FL 32896-5001
19431129    +E-mail/Text: bankruptcydpt@mcmcg.com Aug 07 2013 02:16:42     Midland Funding,    8875 Aero Dr,
              Ste 200,    San Diego, CA 92123-2255
                                                                                              TOTAL: 5
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 08, 2013**              **Signature:** *Joseph Speetjens*

```
District/off: 0752-1           User: mrahmoun              Page 2 of 2                   Date Rcvd: Aug 06, 2013
                               Form ID: pdf006             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2013 at the address(es) listed below:

        David P Leibowitz, ESQ   dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 2